IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **MAGISTRATE NUMBER 23-72** |
| | : | |
| | : | |
| **CHRISTOPHER PEARCE** | : | |

### ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the defendant in the above-captioned matter.

                                        Respectfully submitted,

                                        */s/ Mark Wilson*
                                        MARK WILSON
                                        Senior Trial Counsel

## CERTIFICATE OF SERVICE

I, Mark Wilson, Senior Trial Counsel, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I caused a copy of the Entry of Appearance to be filed and served via Electronic Court Filing ("ECF") notification upon Kyle Robert Mirabelli, Assistant United States Attorney, United States Attorney's Office, Capitol Siege Section, 601 D St NW, Suite 6-725, Washington, DC  20530.

/s/ Mark Wilson
MARK WILSON
Senior Trial Counsel

DATE:  April 27, 2023